```
IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF TEXAS
              FORT WORTH DIVISION
```

| | |
|---|---|
| DARLA R. WALKER | § |
| | § |
| v. | § CIVIL ACTION NO.4:08-CV-094-Y |
| | § |
| MICHAEL J. ASTRUE | § |
| Commissioner of | § |
| Social Security | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On November 5, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration ("the Commissioner") denying plaintiff Darla Walker's claim for disability insurance benefits be reversed and remanded.

The magistrate judge's order gave all parties until November 26 to serve and file with the Court written objections to his proposed findings. The Court has not received any written objections. As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings and conclusions for plain error and has found none.

Therefore, after review, the Court ADOPTS the findings and conclusions of the magistrate judge as the findings and conclusions of this Court, and the Commissioner's decision is REVERSED AND REMANDED for further proceedings before the administrative law judge for the reasons set forth in the findings and conclusions.

SIGNED December 19, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE